**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**Case No. 1:26-cv-00197-MOC-WCM**

COMMODITIES FUTURES TRADING COMMISSION,

Plaintiff,

v.

TREVOR L. VERNON and ARGENT CAPITAL MANAGEMENT, LLC,

Defendants.

**NOTICE OF APPEARANCE**

The undersigned, Jonah N. Bamel, of Capua Law Firm, PA, notifies the Court and opposing counsel that he enters his appearance as counsel for Defendants, Trevor L. Vernon and Argent Capital Management, LLC, in the above-captioned civil action.

Additionally, the undersigned respectfully requests that all future communications, notices, pleadings, and other filings in this matter be directed to him.

Respectfully submitted, this, the 31st day of August, 2026.

**s/ Jonah N. Bamel______________________**
Jonah N. Bamel / N.C. State Bar No. 54750
CAPUA LAW FIRM, PA
58 ½ N. Lexington Ave.
Asheville, NC 28801
Telephone: (828) 264-0260
Fax: (828) 378-0236
E-mail: jonah@capualaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will notify the following attorneys of record of the filing:

Daniel C. Jordan (VA Bar No. 36382)
djordan@cftc.gov
Cara Gardner (DC Bar No. 1003793)
cgardner@cftc.gov
Division of Enforcement
1155 21st Street NW
Washington, DC 20581

This, the 31st day of August, 2026.

**s/ Jonah N. Bamel**______________________
Jonah N. Bamel / N.C. State Bar No. 54750