| Courts (General Admission) | Admission Date | Status |
|---|---|---|
| US Supreme Court | 08/22/2022 | Active |
| US Tax Court | 12/23/2025 | Active |
| US Court of Appeals for the Third Circuit | 04/15/2021 | Active |
| US Court of Appeals for the Fourth Circuit | 04/02/2019 | Active |
| US Court of Appeals for the Fifth Circuit | 10/26/2023 | Active |
| US Court of Appeals for the Sixth Circuit | 04/01/2019 | Active |
| US Court of Appeals for the Eighth Circuit | 05/04/2009 | Active |
| US Court of Appeals for the Ninth Circuit | 08/05/2008 | Active |
| US Court of Appeals for the Tenth Circuit | 08/07/2008 | Active |
| US Court of Appeals for the Eleventh Circuit | 11/28/2000 | Active |
| US District Court for the Eastern District of Arkansas | 06/24/2021 | Active |
| US District Court for the Western District of Arkansas | 06/24/2021 | Active |
| US District Court for the District of Colorado | 08/12/2008 | Active |
| US District Court for the Middle District of Georgia | 03/03/1999 | Active |
| US District Court for the Northern District of Georgia | 10/16/2000 | Active |
| US District Court for the Southern District of Georgia | 07/27/1999 | Active |
| US District Court for the Northern District of Illinois | 10/13/2011 | Active |
| US District Court for the Eastern District of Michigan | 07/30/2024 | Active |
| US District Court for the District of New Mexico | 01/25/2022 | Active |
| US District Court for the District of North Dakota | 08/05/2008 | Active |
| US District Court for the Western District of Tennessee | 11/09/2018 | Active |
| US District Court for the Eastern District of Texas | 11/17/2009 | Active |
| US District Court for the Southern District of Texas | 11/19/2012 | Active |
| US District Court for the Eastern District of Wisconsin | 08/12/2013 | Active |
| US District Court for the Western District of Wisconsin | 10/14/2020 | Active |

| | | |
|---|---|---|
| Supreme Court of Georgia | 11/09/1998 | Active |
| Court of Appeals of Georgia | 11/09/1998 | Active |
| State Bar of Georgia | 10/27/1998 | Active |