UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TREVOR L. VERNON AND ARGENT CAPITAL MANAGEMENT, LLC,**<br><br>**Defendants.** | **Case No. 1:26-cv-00197-MOC-WCM** |

**JOINT MOTION FOR EXTENSION OF DEADLINE FOR DEFENDANTS TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Commodity Futures Trading Commission ("Commission") and Defendants Trevor L. Vernon and Argent Capital Management, LLC (collectively, "Defendants") hereby move this Court pursuant to Fed. R. Civ. P. 6(b) to extend by 60 days the deadline for Defendants to file an answer or otherwise respond to the Complaint. In support of this Motion, the parties state as follows:

1. On July 7, 2026, Plaintiff filed its Complaint against Defendants (Dkt. 1).

2. On July 9, 2026, Plaintiff filed a Waiver of the Service of Summons ("Waiver") executed by counsel for Defendants (Dkt. 3). Pursuant to the Waiver, the deadline for Defendants to file an answer or motion under Fed. R. Civ. P. 12 is September 8, 2026.[1]

3. Since the filing of the Complaint, counsel for Plaintiff and the Defendants have conferred about a potential resolution of this action. On August 25, 2026, counsel for the parties

[1] As stated in the Waiver, the deadline is 60 days from July 7, 2026, which is Saturday, September 5. Pursuant to Fed. R. Civ. P. 6(a)(1), the deadline extends to September 8.

reached an agreement on the principal terms of a settlement that, if accepted by the Commission and the Court, would completely resolve this action.

4. The parties require additional time to confirm certain factual details, obtain Commission approval, and reduce the agreement to writing in the form of a proposed consent order, which will likely, if not certainly, extend significantly beyond the current answer deadline of September 8, 2026.

5. According to Fed. R. Civ. P. 6(b)(1)(A), this Court may "for good cause" extend time "with or without motion or notice if the court acts, or if a request is made, before the original time for its extension expires[.]" Rule 6(b)(1) "requires the party seeking an enlargement of time simply to demonstrate some justification for the issuance of the order. An application for an extension of time under F.R.C.P. 6(b)(1) normally will be granted in the absence of bad faith or prejudice to the adverse party." *Campbell Sales Grp., Inc. v. Marx*, No. 1:10CV55, 2012 WL 12893030, at *2 (M.D.N.C. Sept. 28, 2012) (internal quotes and citations omitted); *see also Peche v. Keller*, 1:11CV362, 2012 WL 2128095, at *6 (M.D.N.C. June 12, 2012) ("[C]ourts have described the 'good cause' standard as 'non-rigorous,' 'liberal,' and 'not . . . particularly demanding.'") (citations omitted).

6. The parties submit that good cause exists in this case for extending the answer deadline, because it will serve the interests of judicial economy by allowing the parties to focus on fully resolving this action through the filing of a proposed consent order without further litigation.

**WHEREFORE**, the parties respectfully request the Court to extend Defendants' answer deadline from September 8, 2026 to November 7, 2026.

Dated: September 1, 2026

Respectfully submitted,

s/ Daniel C. Jordan
Daniel C. Jordan (VA Bar No. 36382)
(202) 418-5339
djordan@cftc.gov
Cara Gardner (DC Bar No. 1003793)
(202) 418-5579
cgardner@cftc.gov
Division of Enforcement
1155 21st Street NW
Washington, DC 20581

COUNSEL FOR PLAINTIFF
COMMODITY FUTURES TRADING
COMMISSION

s/ Joshua S. Lowther
Jonah Nathan Bamel
Capua Law Firm, PA
118 N Depot St
Boone, NC 28607
(828) 503-1377
jonah@capualaw.com

Joshua S. Lowther (admitted pro hac vice)
Lowther Walker LLC
101 Marietta Street, NW, Suite 3650
Atlanta, GA 30303
(404) 496-4052
jlowther@lowtherwalker.com

COUNSEL FOR DEFENDANTS TREVOR
L. VERNON AND ARGENT CAPITAL
MANAGEMENT LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will notify the following attorneys of record of the filing:

Jonah Nathan Bamel
Capua Law Firm, PA
118 N Depot St
Boone, NC 28607
(828) 503-1377
jonah@capualaw.com

Joshua S. Lowther
Lowther Walker LLC
101 Marietta Street, NW, Suite 3650
Atlanta, GA 30303
(404) 496-4052
jlowther@lowtherwalker.com

Dated: September 1, 2026

s/ Daniel C. Jordan
Daniel C. Jordan