IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

No. 1:26-CV-00197-MOC-WCM

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMSSION,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR L. VERNON and ARGENT CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | ) | **DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER OR RESPOND TO COMPLAINT** |

Defendants TREVOR L. VERNON and ARGENT CAPITAL MANAGEMENT, LLC, pursuant to Fed. R. Civ. P. 6(b), respectfully move this Court to extend the deadline by which they must file an answer or otherwise respond to the Complaint for Injunctive and Other Equitable Relief, and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations ("Complaint") (ECF No. 1) by sixty days.

## I. Relevant Procedural History

On July 7, 2026, Plaintiff Commodity Futures Trading Commission ("CFTC") filed the Complaint (ECF No. 1) and a Request for Waiver of Service (ECF No. 2).

On July 8, 2026, Defendants Trevor L. Vernon ("Mr. Vernon") and Argent

Capital Management, LLC ("Argent") waived service of a summons, and on July 9, 2026, CFTC filed the Waiver of the Service of Summons (ECF No. 3), setting Mr. Vernon's and Argent's deadlines to file an answer or responsive pleading for September 8, 2026. (*See* Fed. R. Civ. P. 12(a)(1)(A)(ii).)

On September 1, 2026, the parties filed a Joint Motion for Extension of Deadline for Defendants to File an Answer or Otherwise Respond to the Complaint (ECF No. 6), which this Court granted on that date, ordering that deadline extended to November 6, 2026 (Order, Sept. 1, 2026).

## II. Factual Assertions

The parties moved this Court to extend the initial answer or responsive pleading deadline based on their having "conferred about a potential resolution of this action;" having "reached an agreement on the principal terms of a settlement that, if accepted by the Commission and the Court, would completely resolve this action;" but having needed "additional time to confirm certain factual details, obtain Commission approval, and reduce the agreement to writing in the form of a proposed consent order." (Joint Mot. for Ext. 1–2, ECF No. 6.)

Since this Court extended the initial answer or responsive pleading deadline, the parties have continued to confer and negotiate diligently to reach a mutually-agreeable, proposed consent order, which they fully expect to

accomplish in the coming weeks; however, Mr. Vernon and Argent submit that they need additional time to confer completely with another interested federal agency—contact that Mr. Vernon and Argent have initiated already—in an effort to reach a global resolution regarding the restitution aspect of this case, including that aspect's exact calculation.

## III. Argument and Citation of Authority

This Court may extend a defendant's answer or responsive pleading deadline for good cause if such defendant submits that request before the initial or extended deadline expires. Fed. R. Civ. P. 6(b)(1)(A).

Mr. Vernon and Argent submit that this motion is timely because their extended answer or responsive pleading deadlines have not expired (*see* Order, Sept. 1, 2026); that based on the foregoing factual assertions, they have demonstrated good cause for this Court to grant a second extension; that they do not expect to submit a request for any further extensions of the aforementioned deadlines; and therefore, their said request is warranted.

## IV. Certificate of Conference

Mr. Vernon's and Argent's attorneys of record have conferred with CFTC's attorney or record, who does not oppose this motion.

## V. Conclusion

Mr. Vernon and Argent, based on the foregoing factual assertions and

argument, prays that this Court extend their deadlines file and answer or responsive pleading to the Complaint by sixty days, from November 6, 2026, to January 6, 2027.

Date: November 3, 2026

Respectfully submitted,

*s/ Joshua Sabert Lowther*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
T 404.496.4052
www.lowtherwalker.com

*s/ Jonah Bamel*
Jonah Bamel, Esq.
NC Bar # 54750
jonah@capualaw.com

Capua Law Firm, PA
58 1/2 N Lexington Ave.
Asheville, NC 28801
T 828.264.0260
www.capualaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

No. 1:26-CV-00197-MOC-WCM

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMSSION,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR L. VERNON and ARGENT CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | ) | **CERTIFICATE OF SERVICE** |

I certify that on November 3, 2026, I electronically filed the foregoing DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER OR RESPOND TO COMPLAINT with the Clerk of the United States District Court for the Western District of North Carolina by way of the CM/ECF system, which automatically will generate a notice of electronic filing and serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: November 3, 2026

Respectfully submitted,

*s/ Joshua Sabert Lowther*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
T 404.496.4052
www.lowtherwalker.com